IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-406-CV





PATRICIA LOUISE SMITH,



 APPELLANT


vs.





ROBERT CHARLES SMITH,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 91-1319, HONORABLE JERRY DELLANA, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: November 2, 1994

Do Not Publish